### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CHELDAN JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>THE AMERICAN BOTTLING COMPANY,<br>ANDREW SOLARI AND RAOUL<br>DAVILA,<br><br>Defendants. | Civil Action No. 2:22-cv-7408 (JXN) (AME)<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, through their undersigned attorneys, that the above-captioned action, including all counterclaims, cross-claims, and third-party claims, is hereby dismissed with prejudice and on the merits pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), without costs to any parties.

DEREK SMITH LAW GROUP, PLLC                FORDHARRISON LLP

By: */s/ Catherine W. Lowry*                By: */s/ Mark A. Saloman*
Catherine W. Lowry, Esq.                     Mark A. Saloman, Esq.
1628 Pine Street,                            300 Connell Drive, Suite 4100
Philadelphia, Pennsylvania 19103             Berkeley Heights, New Jersey 07922
(267) 857-0832                               Tel: 973-646-7311
catherine@dereksmithlaw.com                  msaloman@fordharrison.com


Date: __March 29, 2024_____  Date: March 29, 2024
*Attorneys for Plaintiff*                    *Attorneys for Defendants*



**So ORDERED on 4/26/2024:**

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge